# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Digestive Health Insurance Company, LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Siddharth Jawahar a/k/a Siddarth Jawahar, *et al.*, <br><br> Defendants. | Case No. CV-20-01046-PHX-SRB <br><br> **DEFAULT JUDGMENT** |

Having considered Plaintiffs Arizona Digestive Health Insurance Company, LLC, individually and by and through its members Virender Sharma, MD, Ananya Das, MD, Mankanwal Sachdev, MD, Nelson Lim, MD, and Hack Jae Kim, MD; Nizam Missaghi, MD; Mahesh Mokhashi, MD; The Mankanwal and Jasgit Sachdev Living Trust; and The Sharma Family Irrevocable Trust's (collectively, "Plaintiffs") Motion for Default Judgment Against All Defendants ("Motion"); Defendants Siddharth Jawahar, Swiftarc Capital LLC, and Swiftarc Fund LP's (collectively, "Defendants") Response to the Motion for Default Judgment; and Plaintiff's Reply in Support of the Motion; and the Court having issued its Order granting Plaintiff's Motion (Doc. 92), which incorporates the Court's prior Order denying Defendants' Motion to Set Aside Default (Doc. 90),

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Plaintiffs and against Defendants, jointly and severally, as follows:

- For Plaintiff Arizona Digestive Health Insurance Company, LLC: $2,686,059.77, plus $566,157.62 in prejudgment interest and post-judgment interest at the rate of 0.27%, pursuant to 28 U.S.C. § 1961, accruing on the principle from the date of entry of judgment;

- For Plaintiff Dr. Nizam Missaghi: $140,000.00, plus $31,183.56 in prejudgment interest and post-judgment interest at the rate of .027%, pursuant to 28 U.S.C. § 1961, accruing on the principle from the date of entry of judgment;

- For Plaintiff Dr. Mahesh Mokhashi: $323,194.48, plus $60,041.86 in prejudgment interest and post-judgment interest at the rate of .027%, pursuant to 28 U.S.C. § 1961, accruing on the principle from the date of entry of judgment;

- For Plaintiff the Sachdev Trust: $1,500,000.00, plus $248,321.92 in prejudgment interest and post-judgment interest at the rate of 0.27%, pursuant to 28 U.S.C. § 1961, accruing on the principle from the date of entry of judgment; and

- For Plaintiff the Sharma Trust: $500,000.00, plus $83,184.93 in prejudgment interest and post-judgment interest at the rate of 0.27%, pursuant to 28 U.S.C. § 1961, accruing on the principle from the date of entry of judgment.

Dated this 27th day of December, 2021.

_____
Susan R. Bolton
United States District Judge